## THIRD DEPARTMENT, OCTOBER, 1932.

In the Matter of the Search Warrant Issued by HUBERT L. BROWN, Chenango County Judge, on May 5, 1932, for the Search of the Person of NOAH C. MATHEWSON or Premises Situated at 12 Mechanic Street, in the City of Norwich, New York. NOAH C. MATHEWSON, Appellant; THE PEOPLE OF THE STATE OF NEW New York on Complaint of DONALD AUWARTER, Respondent.— Order affirmed. Van Kirk, P. J., Hill, Rhodes and Crapser, JJ., concur; Hinman, J., not voting.

## FOURTH DEPARTMENT, OCTOBER, 1932.

BUDD BOYER, Appellant, v. LEHIGH VALLEY RAILROAD COMPANY, Respondent.

PER CURIAM. Even if it be a matter of doubt whether the learned trial court based his order granting a new trial upon a review of the testimony presented at the instant trial, rather than upon the opinion of the Appellate Division rendered after the first trial* (See *Gugel* v. *Hiscox*, 216 N. Y. 145), we reach the conclusion that the verdict now under review is so clearly against the weight of the evidence† that the order appealed from should be affirmed. All concur. Order affirmed, with costs.

JOSEPH J. RESSLER, Respondent, v. WILLIAM J. CONNERS, JR., and Others, Appellants.— Order modified so as to provide for striking out also the allegations contained in paragraph XV of the complaint, and as so modified affirmed, without costs of this appeal to either party, with leave to the defendants to serve an answer within twenty days. All concur.

WILLIAM ADAM LIST, Respondent, v. EASTMAN KODAK COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements, on the ground that the damages complained of are not the result of an injury within the meaning of subdivision 7 of section 2 and of section 11 of the Workmen's Compensation Law. (See *Matter of Lerner* v. *Rump Bros.*, 241 N. Y. 153.) All concur.

JAMES A. MOKHIBER, Respondent, v. GEORGE FADEL, Appellant, and EDWARD SMITH, Defendant.— Judgment and order affirmed, with costs. All concur, except Taylor and Edgcomb, JJ., who dissent and vote for reversal on the facts and for granting a new trial.

PETER DEMPSEY, Respondent, v. CITY OF BUFFALO, Appellant.— Judgment and order affirmed, with costs. All concur.

---

* See 233 App. Div. 150.—[REP.

† Verdict was for $15,000 in action for personal injuries.— [REP.